UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JESSE STAUFFER AND DEBRA STAUFFER,  )<br>          Plaintiffs,          )<br>                                 )<br>-v-                              )<br>                                 )<br>DEUTSCHE BANK NATIONAL TRUST CO.,)<br>et al.,                          )<br>          Defendants.            )<br>_____) | No. 1:11-cv-961<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed the claims against all defendants except for the unserved and unnamed certificate holders, and having dismissed without prejudice the unserved and unnamed certificate holders, all matters have been resolved. As required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendants and against Plaintiffs.

Upon entry of this judgment, under Federal Rule of Appellate Procedure 4(a)(1)(A), the parties have 30 days to file a Notice of Appeal with the district court. Rule 4 also identifies how the time for filing Notice of Appeal would be affected by the filing of certain motions with the district court.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   October 22, 2013                         /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge